JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ERIC HINDERS,

            Petitioner,

    v.

B. BIRKHOLZ, WARDEN

            Respondent.

Case No. 2:25-cv-07446-SVW-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction based on mootness.

DATED: January 23, 2026

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE